ACCEPTED
06-14-00219-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
2/20/2015 10:01:18 AM
DEBBIE AUTREY
CLERK

## IN THE COURT OF APPEALS
## SIXTH APPELLATE DISTRICT OF TEXAS
## TEXARKANA, TEXAS

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
2/20/2015 10:01:18 AM
DEBBIE AUTREY
Clerk

| | | |
|---|---|---|
| DAMION DEWAYNE WILLIAMS | § | |
| | § | |
| VS. | § | CASE NO. 06-14-00219-CR |
| | § | |
| THE STATE OF TEXAS | § | |

### APPELLANT'S FIRST MOTION FOR EXTENSION OF
### TIME TO FILE BRIEF

The Appellant in the above-captioned case, through the undersigned attorney of record, moves the Court for an extension of time in which to file Appellant's brief. As grounds therefor, the Appellant shows the Court the following:

1.      The trial court: 71ST Judicial District Court

2.      The number & style of the case in the trial court:   Cause No. 12-0340X

3.      The nature of the proceeding:   Aggravated Sexual Assault of a Child

4.      Present deadline to file Appellant's brief:   March 5, 2015

5.      The length of time requested for an extension: 30 days

6.      The number of extensions previously granted: 0

7.      The facts relied upon to show good cause for the requested extension are set forth in the attached affidavit.

Respectfully submitted,

/s/ *Gena Bunn*

Gena Bunn
State Bar No.  00790323
Holmes & Moore, P.L.L.C.
P.O. Drawer 3267
Longview, Texas  75606
Office No. (903) 758-2200
Facsimile  No. (903) 758-7864
gbunn@holmesmoore.com

Appellant's Motion for Extension of Time

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument was mailed to Tim Cariker, Assistant District Attorney, P.O. Box 776, Marshall, Texas 75671-0776 on this the 20th day of February, 2015.

/s/ *Gena Bunn*
Gena Bunn

## AFFIDAVIT FOR EXTENSION

BEFORE ME, the undersigned authority, on this date personally appeared, Gena Bunn, to me well known to be a credible person, of lawful age and qualified in all respects to make this affidavit, who being first duly sworn on oath says:

I am the attorney of record in the above-entitled and numbered cause. I am presently requesting an extension of time to file Appellant's brief.

Counsel herein was not the trial attorney on this case and having just been hired on February 19, 2015, needs additional time to read the record, research and prepare the brief.

Counsel has contacted the previous court-appointed counsel, Vernard Solomon and he is forwarding the Reporter's Record and Clerk's Record to my office.

Counsel herein requests a 30 day extension in which to file the Appellant's brief to allow the Court Reporter and the District Clerk to supplement the record.

This motion is not made for purposes of delay only, but in the interest of justice, and to meet my obligations to my client and this Court, and to accomplish the design of this appeal, which is to do substantial justice to Appellant. (Tex.R.App.P., Rule 44(b)).

Signed and dated this 20th day of February, 2015.

*/s/ Gena Bunn*
Gena Bunn, Affiant

SUBSCRIBED AND SWORN to before me by this said Gena Bunn, on this 20th day of February, 2015.



V. Carol Reese

Notary Public, State of Texas